IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL PORTUGAL,

      Plaintiff,                      No. CIV S-09-0231 GEB CKD P

     vs.

M.D. MCDONALD, et al.,

      Defendants.               <u>ORDER</u>

_____/

        In an order dated July 6, 2010, a magistrate judge previously assigned to this case indicated that plaintiff's request to proceed in forma pauperis would be granted. However, that order was never entered. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 8, 2009 request for leave to proceed in forma pauperis is granted.

/////
/////
/////
/////
/////
/////

1      2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

Dated: August 9, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
port0231.ifp